IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **8:15CR320** |
| vs. | |
| EDWARD SAMS, | **ORDER** |
| Defendant. | |

This matter is before the Court on the defendant's Motion for Copies [93] of his docket sheet and to waive such fees thereof. The motion is granted.

**IT IS SO ORDERED**.

Dated this 13th day of October, 2016

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge